UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>RAMIRO FERNANDEZ, et al.,<br><br>        Defendants. | Case No.  5:21-cv-04114-EJD<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT BERTHA FERNANDEZ SHOULD NOT BE DISMISSED; ORDER SETTING DEADLINE FOR FILING MOTION FOR DEFAULT JUDGMENT** |

Plaintiff Scott Johnson filed the present action on May 31, 2021.  Dkt. No. 1.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Johnson's last day to complete service on Defendant Bertha Fernandez or to file a motion for administrative relief from the service deadline was November 12, 2019.  The docket does not indicate that Johnson completed service on Bertha Fernandez or that Bertha Fernandez has waived service of summons.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  The service deadline will be extended upon a showing of good cause.  *Id.*  In the present action, the 90-day deadline for completing service has long since passed, and no showing of good cause has been made to extend the deadline.  Johnson has filed the summons return for and sought entry of default as to all other defendants except Bertha Fernandez.  Dkt. Nos. 10, 13, 20, 21, 29, 30, 31.

Accordingly, Johnson shall appear before this Court on **January 27, 2022 at 10:00 a.m.** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why

this action should not be dismissed without prejudice for failure to timely complete service of process and for failure to prosecute. If Johnson contests dismissal of Bertha Fernandez, he shall file a response to this order no later than **January 18, 2022** explaining why the action should not be dismissed.

Furthermore, the Clerk of the Court has entered default against all other Defendants in this action. Dkt. Nos. 20, 21, 29, 30, 31. Johnson shall file a motion for default and notice the motion in accordance with applicable Local Rules and Standing Order(s) no later than **February 7, 2022**. Failure to do so will result in the dismissal of the action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 6, 2022

EDWARD J. DAVILA
United States District Judge